1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9

BARBARA J. ZELMER,                    )          1:11cv01574 DLB
10                                            )
                                              )
11                                            )
                                              )          ORDER TO SHOW CAUSE
12             Plaintiff,                     )
                                              )
13        vs.                                 )
                                              )
14   COMMISSIONER OF SOCIAL                   )
     SECURITY,                                )
15                                            )
                                              )
16             Defendant.                     )
     _____  )

17

18

19        On September 16, 2011, Plaintiff, proceeding pro se and in forma pauperis, filed the present

20   action for judicial review of the denial of Social Security benefits.  On September 20, 2011, the

21   Court issued a Scheduling Order.  The Scheduling Order states that within 120 days after service,

22   Defendant shall file and serve a copy of the administrative record, which shall be deemed an answer

23   to the complaint.  The Order also provides that within 30 days after service of the administrative

24   record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which

25   Defendant shall respond to within 35 days.  Thereafter, if Defendant does not stipulate to remand,

26   within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

27

28

                                                   1

1       On February 16, 2012, Defendant lodged the administrative record.  Pursuant to the

2 Scheduling Order, Plaintiff was required to file her opening brief on or before May 21, 2012.

3 Plaintiff has failed to file an opening brief.

4       Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should

5 not be dismissed for failure to comply with the Court's orders.  Plaintiff is ORDERED to file a

6 written response to this Order to Show Cause within twenty-one (21) days of the date of this Order.

7 If Plaintiff desires more time to file her brief or wishes to dismiss this action, she should so state in

8 her response.

9       **Failure to respond to this Order to Show Cause will result in dismissal of this action.**

10

11    IT IS SO ORDERED.

12     **Dated:    June 12, 2012**                              **/s/ Dennis L. Beck**
                                             UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28